AO91 (Rev. 8/01) Criminal Complaint

**SEALED**

## UNITED STATES DISTRICT COURT
### District of Nebraska

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

FEB 27 2009

OFFICE OF THE CLERK

UNITED STATES OF AMERICA

V.

**MICHAEL DAVIS, and**
**JUSTIN SNELLING,**

CRIMINAL COMPLAINT

Case Number:   **8:09MJ49**

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.

From on or about__January 29, 2009, through February 11, 2009,__ in _____ County, in the _____
(Date)

District of ____Nebraska_____ defendant(s) did,

knowingly and intentionally, combine, conspire, confederate and agree together and with other persons, to distribute and possess with intent to distribute cocaine and methamphetamine, its salts, isomers and salts of its isomers,

in violation of Title _____21_____ United States Code, Section(s)__846_____.

I further state that I am a _Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives_ and that this
Official Title

complaint is based on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part of this complaint:      (X) Yes            ( ) No

Signature of Complainant

CLAY NOLTE
Printed Name of Complainant

Sworn to before me and signed in my presence,

_____27, 2009_____ at
Date

Omaha, Nebraska_____
City and State

THOMAS D. THALKEN, Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

Your affiant is a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Department of Justice, and has been so employed as a Federal Agent for over twelve years.  Prior to that you affiant was a Police Officer for the city of Lincoln, Nebraska for approximately two years. Your affiant is assigned to the Omaha, Nebraska Field Office and is responsible for the enforcement of the Federal firearm, narcotic, and explosive, laws to include those under Title 18, United States Code.  Your affiant has received training and participated in hundreds of investigations of firearms and drug/controlled substances.

Your affiant is the case agent in conducting an investigation involving a neo-Nazi skin head organization in Omaha, Nebraska and Council Bluffs, Iowa.  Part of this investigation includes: **MICHAEL DAVIS**: white, male, DOB: 10/13/1980; 6'1"; 225 lbs., bald head, brown eyes and **JUSTIN SNELLING**: white, male, DOB: 04/03/1982; 6'0"; 170 lbs.; Blond hair, blue eyes.

On 01/16/2009, SA Nolte, acting in and undercover capacity purchased 207.1 grams of marijuana from both Jason HAWTHORNE and **DAVIS** for $750.00 which tested positive for marijuana with Eastern Forensic Labs.

On 01/29/2009, SA Nolte met with both HAWTHORNE and **DAVIS** and purchased 28.1 grams of 30% pure methamphetamine for $2,200.00.  During this transaction Jason HAWTHORNE handed SA Nolte the methamphetamine in

a plastic baggie.  SA Nolte handed HAWTHONRE the $2,200.00. HAWTHORNE

handed all of the funds to **DAVIS** who exited the vehicle and walked into the

Burger King Restaurant. **DAVIS** then returned to the vehicle and advised that he

just paid the methamphetamine supplier the funds because the supplier did not

want to meet SA Nolte.

On 02/02/2009, SA Nolte met with both HAWTHORNE and **DAVIS** and

Purchased 54.4 grams of methamphetamine and a sawed-off-shotgun from both

men for $5,700.00 (firearm cost $200.00).  One ounce was 30% pure and the

other was 65% pure.  After SA Nolte paid HAWTHORNE the funds to

HAWTHORNE, HAWTHORNE gave the funds to **DAVIS**. **DAVIS** then exited the

vehicle and entered the Burger King Restaurant at I80 and 72nd street and made

contact with **Justin SNELLING**.  Omaha Police Officer Dan Clark who was

seated at a booth in the restaurant and observed **DAVIS** enter the Burger King

restaurant and sit in the booth directly behind him with **SNELLING**.  Officer Clark

was able to hear **DAVIS** counting money and talking about how the two ounces

where two different prices because they were different purity levels.  At one point

**DAVIS** told **SNELLING** that "this one is 18 right?" Officer Clark also heard

**DAVIS** state to **SNELLING** that "we need to make this stuff ourselves and make

more money". Officer Clark then heard **DAVIS** ask **SNELLING** if **SNELLING**

wanted to count the money himself.  **SNELLING** responded "no, I watched you

count it."


On 02/11/2009, SA Nolte met with HAWTHONRE and **DAVIS** and purchased

27.5 grams of 30% pure methamphetamine for $2,200.00.  Prior to

HAWTHORNE and **DAVIS** meeting SA Nolte at Nolte's undercover apartment, surveillance units observed both HAWHTORNE and **DAVIS** make contact with **SNELLING** at the same Burger King parking lot and observed **SNELLING** get into the back seat of **DAVIS's** vehicle. At 11:45 a.m. UC Nolte placed a recorded telephone call to Jason HAWTHORNE. UC Nolte advised HAWTHORNE that UC Nolte had some problems with his truck and wanted to know if HAWTHORNE and **DAVIS** could come by his apartment to do the narcotic transaction.  UC Nolte advised that he would pay them and extra $20.00 if they drove out.  HAWTHORNE agreed and advised that they would come out to UC Nolte's apartment. During the recorded telephone call UC Nolte was able to hear **DAVIS** and an (at the time) unknown male (later identified as **SNELLING**) talking to each other while sitting in **DAVIS'S** vehicle.

At 11:46 a.m. TFO Matt Watson and Detective Walker observed a white male in a black sweat shirt (**Justin SNELLY**) exit the back seat of **DAVIS'S** Nissan and enter the Burger King restaurant.  After **SNELLING** exited the back seat the black Nissan left the Burger King Parking lot and was followed to UC Nolte's UC apartment.  HAWTHORNE and **DAVIS** arrived at UC Nolte's apartment in the black Nissan at 12:02 p.m. It should be noted that Omaha Police Narcotic Detective Robert Laney was located inside the Burger King Restaurant. Detective Laney advised that he observed **SNELLING** stand in line at the Burger King and order food. **SNELLING** sat down at a booth, ate his food and exited the restaurant.  **SNELLING** was then observed by OPD Narcotic Detective James Quaites get into a black BMW with Nebraska license plates PYL181.  Detective Quaites then followed **SNELLING** in the black BMW to 7805 Leavenworth

Street, Omaha.  This vehicle is registered to **SNELLING**. At the end of this operation Detective Laney obtained a 2007 booking photo of **Justin SNELLING** and advised that this was the same person who exited **DAVIS'S** vehicle, entered the Burger King and then left in the black BMW.

At approximately 12:04 p.m. both HAWTHORNE and **DAVIS** entered UC Nolte's apartment.  **DAVIS** immediately pulled a plastic baggie containing the suspected meth out of his hoddie sweatshirt front pocket and hand it to HAWTHORNE. HATHORNE then immediately handed the ICE/METH to UC Nolte.  Nolte then handed HAWTHORNE the $2,200.00 of ATF money.  UC Nolte then threw a twenty dollar bill on the table advising this was for driving the ICE/METH out to UC Nolte's apartment.

As HAWTHORNE was counting out the money he started to tell UC Nolte about some of his friends from Arizona that were in town and selling a very pure form of ICE.  HAWTHORNE told UC Nolte he could get him (UC Nolte) some of the pure ICE/METH but it would cost $4,000 an ounce.  HAWTHORNE advised that this ICE/METH that his Arizona friends are selling is "so good you can smell it....it has pure shards....it sometimes eats through the bag." **DAVIS** stated: "We had dudes try this stuff and it's like wow. This is Nazi style dope."

*all of the above events took place in Omaha, Nebraska (CAW) 2-27-09*

Based on my training and experience, affiant knows it is a violation of Title 21 U.S.C. Section 846 to conspire to possess or distribute methamphetamine.

Based on your affiant's training and experience as an ATF Special Agent, and the aforementioned facts, your affiant believes that probable cause exists that

**DAVIS** and **SNELLING** are involved in a conspiracy to distribute and possess

methamphetamine and that probable cause exists to arrest these individuals.

Further your affiant sayeth naught.

Dated this 27th day of February, 2009.

Clay M. Nolte, Special Agent,
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Subscribed and sworn to before me, this 27th day of February 2009.

THOMAS D. THALKEN
United States Magistrate Judge